

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00137-CR

| | | |
|---|---|---|
| FRANKLIN ROBERT ELKINS, Appellant | § | On Appeal from Criminal District Court No. 2 |
| | § | of Tarrant County (0842389D) |
| V. | § | December 10, 2020 |
| | § | Memorandum Opinion by Justice Birdwell |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
       Justice Wade Birdwell